1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYSBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Fax: (415) 436-7234
   Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9                                   UNITED STATES DISTRICT COURT

10                                  NORTHERN DISTRICT OF CALIFORNIA

11                                       SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,              )       No. CR 89-0294 MAG
                                          )
13         Plaintiff,                     )
                                          )       MOTION AND [PROPOSED] ORDER
14    v.                                  )       TO DISMISS INFORMATION
                                          )
15 GARY MCKAY,                            )
                                          )
16         Defendant.                     )
                                          )
17 ─────────────────────────────

           With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
18
   United States Attorney for the Northern District of California moves to dismiss the above
19
   Information without prejudice and moves that the Court quash the arrest warrant issued in
20
   connection with the Information in this case.
21
   DATED:                                         Respectfully submitted,
22         4-14-09
                                                  JOSEPH P. RUSSONIELLO
23                                                United States Attorney

24

25
                                                  BRIAN J. STRETCH
                                                  Chief, Criminal Division
26 //

27 //

28 //


DISMISSAL OF INFORMATION
CR 89-0294 MAG

Leave is granted to the government to dismiss the Information. It is further ordered that the arrest warrant issued in connection with the Information is quashed.

DATED: 17 April 09

BERNARD ZIMMERMAN
United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 89-0294 MAG